IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

APRIL CARLISLE                                                PLAINTIFF

     v.                         CIVIL NO. 10-5176

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 23, 2010, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her application for disability benefits under the provisions of Titles II of the Social Security Act. (Doc. 1).

On September 29, 2010, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 5).

Based on the foregoing, the undersigned recommends granting Plaintiff's motion to dismiss this action. **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of December 2010.

                                                               /s/ *Erin L. Setser*
                                                             HON. ERIN L. SETSER
                                                             UNITED STATES MAGISTRATE JUDGE