```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**APRIL CARLISLE**                                                    **PLAINTIFF**

       **v.**            **Civil No. 10-5176**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                   **DEFENDANT**

## ORDER

NOW on this 21st day of December 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 6), to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 6) is hereby **adopted in *toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's **Motion to Dismiss** (Doc. 5) is hereby **granted** and this case is hereby **dismissed without prejudice.**

IT IS SO ORDERED.

                                      **/s/ Jimm Larry Hendren**
                                      **HON. JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**